427 A.2d 1201

Commonwealth ex rel., Matczak v. Matczak, Appellant.

Argued September 12, 1979. Pamela S. Holmes, for appellant; Paul Tressler, for Commonwealth, appellee.

Before PRICE, WIEAND and VAN der VOORT, JJ.*

Order affirmed.